PROB 12B
(7/93)

Report Date: December 23, 2008

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 29 2008

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

CR-08-132-LRS

Name of Offender: Donald Eugene George    Case Number: 2:98CR00014-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 8/3/1998              Type of Supervision: Supervised Release

Original Offense: Travel in Interstate Commerce   Date Supervision Commenced: 6/2/2006
With Intent to Engage in a Sexual Act with a Juvenile

Original Sentence: Prison - 108 Months; TSR - 36   Date Supervision Expires: 6/1/2009
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20  You shall reside in a residential reentry center until June 1, 2009. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

On December 4, 2008, the U.S. Probation Office was notified by Tamra Chamberlin, Director of Port of Hope Residential Reentry Center (RRC), in the District of Idaho, that Mr. George was terminated from his job for committing a lewd and lascivious act or gesture while at his place of employment. Apparently, the offender was observed committing a lewd act at his work site by another employee. Consequently, he was terminated immediately for cause and escorted from the premises.

On December 8, 2008, Donald George and his case manager at the RRC appeared in the U.S. Probation Office in Spokane, Washington. Mr. George admitted to the undersigned officer that he was involved in perpetrating a lascivious act while being observed by a fellow employee. The offender continues to avail himself for sexual deviancy treatment as required. Given Mr. George's change in employment status and ongoing adjustment issues while in the community, it appears appropriate to extend his period of participation at the RRC.

As an intermediate sanction, Donald George was asked whether he would waive his rights to a hearing and agree to the modification as outlined above. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. George has agreed to the proposed modification. It is respectfully recommended that the Court adopt the attached waiver of hearing to modify conditions of supervised release requiring the offender to

Prob 12B

**Re: George, Donald Eugene**
**December 23, 2008**
**Page 2**

remain at the Port of Hope until June 1, 2009. It is believed that the RRC will provide the necessary stability and oversight to augment U.S. Probation efforts in minimizing the potential risk to others in the community. It is hoped the intermediate sanction imposed meets the expectation of the Court. Please advise this officer should Your Honor require a different course of action or a Court appearance by the offender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12-23-08

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/29/08
Date